02-11-437-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00437-CR

 

 


 
 
 Nicole Fitzpatrick
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE 396th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered appellant=s “Motion To Withdraw Notice
Of And Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of
appellate procedure.  Tex. R. App. P.
42.2(a).  No decision of this court having been delivered before we
received this motion, we grant the motion and dismiss the appeal.  See Tex.
R. App. P. 42.2(a),
43.2(f).

PER
CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED: October 13, 2011 









 









[1]See Tex. R. App. P. 47.4.